Revised 3/30/21

# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: **25-113**
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

**DCLC 1**

USA v. **RECHELLE ANNETTE GADDIS**

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: **Andrew C. Parker**

Matter Sealed: ☐ YES ☑ NO    Place of Offense: **Washington Co.**

☐ Interpreter Required    Language: _____

Issue: ☑ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☑ DEA ☐ ATF ☐ USMS ☐ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed    Case Number: _____

☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:
Case Number **2:25-cr-63 & 2:23-cr-134**    Attorney _____
*conflict of interest with cases*

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES: Total # of Counts for this Defendant **4**

| Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|
| 21 U.S.C §§ 846, 841(b)(1)(A) | Conspiracy to distribute 50 grms or more of methamphetamine, its salts, isomers, and | y | 1 | |
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Distribute 50 grms or more of methamphetamine, its salts, isomers, | y | 2,3,4 | |

(Attach additional page, if needed)

Attorney Signature _____